1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10     RONALD HAMILTON,

11            Plaintiff,                          No. CIV S-07-0944 MCE DAD

12        v.

13     PRUDENTIAL INSURANCE
       COMPANY OF AMERICA, et al.,

14
              Defendants.                    ORDER
15     _____/

16            This case came before the court on January 25, 2008, for hearing of the January 8,

17     2008 amended motion to compel and for sanctions filed by defendant Prudential Insurance

18     Company of America ("Prudential").  Jenny H. Wang appeared telephonically for defendant

19     Prudential.  No appearance was made by J. Chauncey Hayes, plaintiff's attorney of record.

20            As indicated in defendant Prudential's amended motion and on the record at the

21     hearing, the motion to compel responses to defendant's first set of interrogatories, first request

22     for production of documents, and first request for admissions is moot.  Plaintiff served responses

23     to defendant's first set of interrogatories and first request for production of documents, without

24     objections, on December 29, 2007, and all matters contained in defendant's first request for

25     admissions were admitted, in the absence of a stipulation or court order to the contrary, thirty

26     days after defendant Prudential served its request for admissions.  See Fed. R. Civ. P. 36(a)(3).

                                                  1

1   See also Fed. R. Civ. P. 36(b) ("A matter admitted under [Rule 36] is conclusively established

2   unless the court, on motion, permits the admission to be withdrawn or amended.").

3          It is undisputed that defendant Prudential's discovery requests were served on

4   September 17, 2007, and that plaintiff's responses were served only after defendant Prudential

5   filed a motion to compel on November 27, 2007.  Where discovery responses are served after a

6   motion to compel has been filed, "the court must, after giving an opportunity to be heard, require

7   the party . . . whose conduct necessitated the motion . . . to pay the movant's reasonable expenses

8   incurred in making the motion, including attorney's fees," unless (1) the movant filed the motion

9   before attempting in good faith to obtain the discovery without court action, (2) the opposing

10  party's failure to respond was substantially justified, or (3) other circumstances make an award of

11  expenses unjust.  Fed. R. Civ. P. 37(a)(5)(A).  The court has carefully considered all written

12  materials submitted in connection with defendant Prudential's request for sanctions, as well as

13  the arguments made by counsel present at the hearing.  The court finds that defendant's motion

14  was not filed before attempting in good faith to obtain the discovery without court action,

15  plaintiff's failure to serve timely responses was not substantially justified, and there are no

16  circumstances that make an award of expenses unjust in this case.  Defendant Prudential is

17  therefore awarded its reasonable expenses in the amount of $1,015.00 for attorney's fees at the

18  rate of $290.00 per hour for three and one half hours.

19          In accordance with the above, IT IS ORDERED that:

20          1.  Defendant Prudential Insurance Company of America's January 8, 2008

21  amended motion is granted with respect to the request for sanctions and is moot with respect to

22  the request for an order compelling plaintiff to respond to the discovery requests at issue.

23          2.  All matters contained in defendant Prudential Insurance Company of

24  America's first request for admissions were admitted by plaintiff pursuant to the operation of

25  Federal Rule of Civil Procedure 36(a)(3) and are therefore conclusively established pursuant to

26  Federal Rule of Civil Procedure 36(b).

1          3.  Plaintiff is required to pay the reasonable expenses incurred by defendant

2  Prudential Insurance Company of America in making its motion to compel.  Plaintiff's attorney

3  of record, J. Chauncey Hayes, Esq., shall pay $1,015.00 to defendant Prudential Insurance

4  Company of America within thirty days of the date of this order and shall file within five days

5  thereafter a declaration of having complied with this order.

6  DATED: January 28, 2008.

7

8                         _____

                              DALE A. DROZD

9                           UNITED STATES MAGISTRATE JUDGE

10  DAD:kw

    Ddad1/orders.civil/hamilton0944.oah.012508

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26