# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON, | CASE NO.: 07 CV-00944 MCE DAD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUT OFF DATE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50 inclusive, | [Lodged concurrently with:<br>- Stipulation.] |
| Defendants. | Complaint Filed: April 6, 2007 |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the April 11, 2008 discovery cut off date be continued by 45 days up to and including May 27, 2008.

IT IS SO ORDERED.

DATED: March 19, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUT OFF DATE