IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD HAMILTON,

        Plaintiff,                        No. CIV S-07-0944 MCE DAD

    v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

        Defendants.               ORDER

/

        This case came before the court on March 28, 2008, for hearing of the motion to compel further discovery responses and request for sanctions filed February 29, 2008 by defendant Prudential Insurance Company of America. Jenny H. Wang appeared telephonically for the moving party. J. Chauncey Hayes appeared telephonically for plaintiff Ronald Hamilton.

        The court gave careful consideration to all written materials submitted in connection with the motion, as well as the arguments of counsel at the hearing and the entire file. For the reasons set forth on the record, the court grants defendant's motion in part.

        IT IS ORDERED that:

        1. Defendant Prudential Insurance Company of America's February 29, 2008 motion to compel further responses to its first set of interrogatories and its first request for production of documents is granted in part.

2. Plaintiff shall serve supplemental responses, as described at the hearing, to Defendant's Interrogatories - Set One, Nos. 9 and 16, and Defendant's Request for Production of Documents - Set One, No. 29.

3. Plaintiff's supplemental responses shall be served on or before April 18, 2008.

4. Defendant's request for sanctions is denied for the reasons stated in open court.

DATED: March 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/hamilton0944.oah.032808