# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50 inclusive,<br><br>    Defendants. | CASE NO.: 2:07-CV-00944 MCE DAD<br><br>**ORDER GRANTING STIPULATION FOR A BRIEF CONTINUANCE OF THE CASE MANAGEMENT DATES**<br><br>[Lodged concurrently with:<br>- Stipulation.]<br><br>Complaint Filed: April 6, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

[PROPOSED] ORDER GRANTING STIPULATION FOR A BRIEF CONTINUANCE OF THE CASE MANAGEMENT DATES

PDF created with pdfFactory trial version www.pdffactory.com

1 | Pursuant to the stipulation of the parties, and for good cause shown, IT IS
2 | HEREBY ORDERED that the case management dates are hereby continued as
3 | follows:
4 |
5 | Discovery cut-off:                               September 15, 2008
6 | Expert disclosure deadline:                      September 30, 2008
7 | Rebuttal expert disclosure deadline:             October 20, 2008
8 | Motion hearing cut-off:                          December 22, 2008
9 | Joint Final Pretrial Conference Statement Due:   December 29, 2008
10 |
11 |                              ORDER
12 | The December 12, 2007 Pretrial Scheduling Order is amended as follows:
13 | The discovery cut-off is continued to September 15, 2008. The expert
14 | disclosure deadline is continued to November 14, 2008. Dispositive motions must be
15 | heard by January 15, 2009. The January 9, 2008 Joint Final Pretrial Conference is
16 | vacated and continued to June 26, 2009 at 9:00 a.m. in Courtroom 7. The Joint Final
17 | Pretrial Statement is due not later than June 5, 2009. The February 9, 2009 Jury Trial
18 | is vacated and continued to August 17, 2009 at 9:00 a.m. in Courtroom 7.
19 | **IT IS SO ORDERED**.
20 | DATED: May 16, 2008
21 |
22 | _____
    | MORRISON C. ENGLAND, JR
    | UNITED STATES DISTRICT JUDGE
23 |
24 |
25 |
26 |
27 |
28 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

[PROPOSED] ORDER GRANTING STIPULATION FOR A BRIEF CONTINUANCE OF THE CASE MANAGEMENT DATES

PDF created with pdfFactory trial version www.pdffactory.com