1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **EASTERN DISTRICT OF CALIFORNIA**
10
11   RONALD HAMILTON,                        )   CASE NO.: 07 CV-00944 MCE DAD
                                             )
12              Plaintiff,                   )   **ORDER GRANTING**
                                             )   **STIPULATION REGARDING**
13        vs.                                )   **CONTINUANCE OF THE**
                                             )   **SEPTEMBER 15, 2008 DISCOVERY**
14   THE PRUDENTIAL INSURANCE                )   **CUT OFF DATE**
     COMPANY OF AMERICA and DOES             )
15   1 - 50 inclusive,                       )   [Lodged concurrently with:
                                             )   -   Stipulation.]
16              Defendants.                  )
                                             )   Complaint Filed: April 6, 2007
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the discovery cut off, expert disclosure deadline and motion hearing cut off are hereby continued as follows:

| | |
|---|---|
| Discovery cut-off: | May 4, 2009 |
| Expert disclosure deadline: | May 18, 2009 |
| Dispositive Motions must be heard by: | May 26, 2009 |

The June 26, 2009 Final Pretrial Conference is vacated and continued to January 22, 2010 at 9:00 a.m. in Courtroom 7.

The parties are to file a Joint Final Pretrial Conference Statement not later than December 31, 2009.

The August 17, 2009 Jury Trial is vacated and continued to March 8, 2010 at 9:00 a.m. in Courtroom 7.

**IT IS SO ORDERED.**

DATED: August 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE