# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON, | CASE NO.: 07 CV-00944 MCE DAD |
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT DATES** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50 inclusive, | [Lodged concurrently with:<br>- Stipulation.] |
| Defendants. | Complaint Filed: April 6, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT DATES

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Pursuant to the stipulation of the parties, and for good cause shown, IT IS |
| 2 | HEREBY ORDERED that the following case management deadlines are continued to |
| 3 | the dates indicated below: |
| 4 | |
| 5 | Discovery cut-off: October 16, 2009 |
| 6 | Motion hearing cut-off: November 16, 2009 |
| 7 | Expert disclosure deadline: December 7, 2009 |
| 8 | |
| 9 | The January 22, 2010 Final Pretrial Conference and the March 8, 2010 trial |
| 10 | date shall remain unchanged. |
| 11 | |
| 12 | **IT IS SO ORDERED**. |
| 13 | Dated: March 19, 2009 |
| 14 | _____ |
| 15 | MORRISON C. ENGLAND, JR. UNITED STATES DISTRICT JUDGE |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT DATES

PDF created with pdfFactory trial version www.pdffactory.com