IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD HAMILTON,

        Plaintiff,                  No. CIV S-07-0944 MCE DAD

    v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

        Defendants.            <u>ORDER</u>
_____/

        This case came before the court on April 9, 2009, for hearing of defendant's March 6, 2009 motion to compel plaintiff's authorization for release of Social Security Administration and hospital records and for sanctions filed by defendant Prudential Insurance Company of America ("Prudential"). Jenny H. Wang appeared telephonically for defendant Prudential. J. Chauncey Hayes appeared telephonically on behalf of plaintiff.

        For the reasons set forth on the record at the hearing, defendant's motion to compel was granted and plaintiff was directed to provide the requested authorizations for the release of the relevant records forthwith. Defendant's motion for sanctions was also granted and

/////

/////

/////

1

1  counsel for plaintiff was ordered to pay sanctions in the amount of $2,000.00 to defendant's
2  counsel within thirty days of the hearing date.
3       IT IS SO ORDERED.
4  DATED: May 14, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hamilton0944.oah.040909