# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50 inclusive,<br><br>    Defendants. | CASE NO.: 07 CV-00944 MCE DAD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF AND EXPERT DISCLOSURE DEADLINE**<br><br>[Lodged concurrently with:<br>- Stipulation.]<br><br>Complaint Filed: April 6, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF AND EXPERT DISCLOSURE DEADLINE

1  Pursuant to the stipulation of the parties, and for good cause shown, IT IS
2  HEREBY ORDERED that the following case management deadlines are continued to
3  the dates indicated below:

5  Discovery cut-off:                                         March 12, 2010
6  Expert disclosure deadline:                                May 12, 2010

8  The December 2, 2010 Final Pretrial Conference and the January 24, 2011 trial
9  date shall remain unchanged.

11  **IT IS SO ORDERED**.

13  DATED: October 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF AND EXPERT DISCLOSURE DEADLINE