J. Chauncey Hayes (088708)
chayes@hayeslaw.net
HAYES LAW FIRM
4092 Bridge Street
Fair Oaks, California 95628
Telephone: (916) 966-7575
Facsimile: (916) 966-7525

Attorneys for plaintiff RONALD HAMILTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　Defendants. | No.   07CV-00944 MCE DAD<br><br>ORDER TO CONTINUE DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO REQUESTS FOR ADMISSION<br><br>Date: January 15, 2010<br>Time: 10:00<br>Courtroom: 27 |

　　　PURSUANT TO THE STIPULATION of the parties, through their respective counsel,

　　　The Motion of defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA's Motion to Compel Plaintiff's Further Responses to Requests for Admission be, and hereby is, continued from January 15, 2010 to January 29, 2010, at 10:00 a.m.

Date: 1/12/10

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale A. Drozd

1