```
J. Chauncey Hayes (088708)
chayes@hayeslaw.net
HAYES LAW FIRM
4092 Bridge Street
Fair Oaks, California 95628
Telephone: (916) 966-7575
Facsimile: (916) 966-7525

Attorneys for plaintiff RONALD
HAMILTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HAMILTON, | No. 07CV-00944 MCE DAD |
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO REQUESTS FOR ADMISSION |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Date: January 29, 2010<br>Time: 10:00<br>Courtroom: 27 |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that good cause exists to continue defendants' THE PRUDENTIAL INSURANCE COMPANY OF AMERICA's Motion to Compel Plaintiff's Further Responses to Requests for Admission, because the parties are exploring resolution of the matter, from January 29, 2010 to March 12, 2010, at 10:00 a.m.

Date: January 22, 2010     /s/ J. Chauncey Hayes
                           J. Chauncey Hayes
                           Attorneys for plaintiff
                           RONALD HAMILTON

Date: January 22, 2010     /s/ Robert J. McKennon
                           Robert J. McKennon
                           Attorneys for defendant THE
                           PRUDENTIAL INSURANCE COMPANY OF
                           AMERICA

1

*Stipulation to Continue Defendant's Motion to Compel Plaintiff's Further Responses to Requests for Admission*

```
 1  J. Chauncey Hayes (088708)
    chayes@hayeslaw.net
 2  HAYES LAW FIRM
    4092 Bridge Street
 3  Fair Oaks, California 95628
    Telephone: (916) 966-7575
 4  Facsimile: (916) 966-7525

 5  Attorneys for plaintiff RONALD
    HAMILTON
 6

 7

 8                UNITED STATES DISTRICT COURT

 9                EASTERN DISTRICT OF CALIFORNIA

10  RONALD HAMILTON,         )   No.  07CV-00944 MCE DAD
                             )
11       Plaintiff,          )   ORDER TO CONTINUE DEFENDANT'S
                             )   MOTION TO COMPEL PLAINTIFF'S
12  v.                       )   FURTHER RESPONSES TO REQUESTS
                             )   FOR ADMISSION
13  THE PRUDENTIAL INSURANCE )
    COMPANY OF AMERICA,      )   Date: January 29, 2010
14                           )   Time: 10:00
         Defendants.         )   Courtroom: 27
15  _____)
```

PURSUANT TO THE STIPULATION of the parties, through their respective counsel,

The Motion of defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA's Motion to Compel Plaintiff's Further Responses to Requests for Admission be, and hereby is, continued from January 29, 2010 to March 12, 2010, at 10:00 a.m., in Courtroom 27.

Date: 1/25/10

*Dale A. Drozd*

~~MAGISTRATE OF THE DISTRICT COURT~~
U.S. Magistrate Judge

1