

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| RONALD HAMILTON<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50 inclusive,,<br><br>　　　　　Defendants. | Case No.: 07 CV-00944 MCE (KJN)<br><br>Action Filed : April 6, 2007<br>Pre-Trial Date: December 2, 2010<br>Trial Date: January 24, 2011<br><br>**ORDER GRANTING STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed Concurrently With:<br>　- Stipulation re Dismissal] |

PDF created with pdfFactory trial version www.pdffactory.com

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McKennonSchindler LLP
384 Forest Avenue, Suite 20 • Laguna Beach, California 92651

PDF created with pdfFactory trial version www.pdffactory.com